UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| CORINA KERR,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant | Civil No. 3:10-CV-05824-BHS-KLS<br><br><br>ORDER GRANTING EXTENSION OF TIME<br>TO FILE AN ANSWER |

Based on Defendant's Motion, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Answer Due Date shall be amended as follows:

Defendant shall have up to and including, March 7, 2011, to file Defendant's Answer.

DATED this 8th day of February, 2011.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Page 1     ORDER - [3:10-CV-05824-BHS-KLS]

1

Presented by:

2

s/ Lisa Goldoftas
3 LISA GOLDOFTAS
Special Assistant U.S. Attorney
4 Office of the General Counsel
Social Security Administration
5 701 Fifth Avenue, Suite 2900 MS/221A
Seattle, Washington 98104-7075
6 Telephone: (206) 615-3858
FAX: (206) 615-2531
7 lisa.goldoftas@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23